DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM R. WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1768

[November 25, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312007CF000936A.

William Russell Walker, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***